FILED
December 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Laura Loera
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

-----------------------------------------------------X
JORGE DURON, Case No. 3:25-cv-00405-DCG

Plaintiff,

v.

PRESTAMAX LLC,
a Florida Limited Liability Company, and
JACQUELINE ACEVEDO,

Defendants.
-----------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**<u>PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, as against all Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: Garden City, New York
November 17, 2025

By: Jorge Duron
Jorge Duron, Plaintiff *Pro Se*
9328 Lait Dr.
El Paso, TX 79925
(915) 929-8309
Duronjorge413@gmail.com

By: ______________________
Gene W. Rosen, Esq.
New York Office of Court Administration
Registration No. 4435681
<u>Gene Rosen's Law Firm</u>
A Professional Corporation
200 Garden City Plaza, Suite 405
Garden City, New York 11530
Tel (212) 529-3600
Fax (347) 578-8793
Gene@GeneRosen.com
Attorneys for Defendants